# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY TESKE, et al.,

    Plaintiffs,

      v.

BNP PARIBAS S.A., et al.,

    Defendants.

Civil Action No. 16-701 (JDB)

## ORDER

In January 2017, this Court dismissed a related case, Owens v. BNP Paribas S.A., 235 F. Supp. 3d 85 (D.D.C. 2017), because plaintiffs had not adequately alleged causation for primary liability under the Anti-Terrorism Act ("ATA"), 18 U.S.C. § 2333, and aiding-and-abetting liability was not available under that statute. The Owens plaintiffs appealed the decision to the U.S. Court of Appeals for the District of Columbia, and the Court stayed proceedings in Teske pending the outcome of that appeal.

In July 2018, the Court of Appeals affirmed the Owens decision. Owens v. BNP Paribas, S.A., 897 F.3d 266 (D.C. Cir. 2018). This Court lifted the stay in Teske and sought supplemental briefs from the parties addressing the effect of the Owens decision on this case. Plaintiffs Timothy and Sharon Teske responded, noting that "this case is identical in all respects to the Owens case" and therefore requesting that this case be dismissed without prejudice. Pl.'s Resp. to Court's Order of 10/03/2018 Regarding Effect of Owens Decision [ECF No. 23] at 2.

Upon consideration of plaintiffs' response, and the entire record herein, it is hereby

    **ORDERED** that this case be **DISMISSED**.

    **SO ORDERED.**

                                        _____/s/_____
                                        JOHN D. BATES
                                        United States District Judge

Dated:  October 18, 2018